| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: <br> DISTRICT OF DELAWARE | |
| Case number *(if known)* _____  Chapter __7__ | ☐ Check if this an amended filing |

## Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

**1. Debtor's name**  Traffk, LLC

**2. All other names debtor used in the last 8 years**
   Include any assumed names, trade names and *doing business as* names

**3. Debtor's federal Employer Identification Number (EIN)**  47-4769604

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| c/o Cogency Global <br> 850 New Burton Road, Suite 201 <br> Dover, DE 19904 | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| Kent <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

**5. Debtor's website (URL)**  _____

**6. Type of debtor**
   ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   ☐ Partnership (excluding LLP)
   ☐ Other. Specify: _____

Debtor  **Traffk, LLC**  
      Name

Case number (*if known*) _____

---

**7. Describe debtor's business**

A. *Check one:*
- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply*
- ☐ Tax-exempt entity (as described in 26 U.S.C. §501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    5242

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*
- ☒ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11. Check **all** that apply:
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

- ☒ No.
- ☐ Yes.

District _____ When _____ Case number _____  
District _____ When _____ Case number _____

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

- ☒ No
- ☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____  
District _____ When _____ Case number, if known _____

---

Official Form 201      **Voluntary Petition for Non-Individuals Filing for Bankruptcy**      page 2

Debtor  **Traffk, LLC**                                              Case number (*if known*) _____
         Name

| 11. | Why is the case filed in *this district*? | *Check all that apply:* |
|---|---|---|
| | | ☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district. |

| 12. | Does the debtor own or have possession of any real property or personal property that needs immediate attention? | ☒ No |
|---|---|---|
| | | ☐ Yes.  Answer below for each property that needs immediate attention. Attach additional sheets if needed. |
| | | **Why does the property need immediate attention?** (*Check all that apply*.) |
| | | ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety. |
| | | What is the hazard? _____ |
| | | ☐ It needs to be physically secured or protected from the weather. |
| | | ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options). |
| | | ☐ Other _____ |
| | | **Where is the property?** _____ |
| | | Number, Street, City, State & ZIP Code |
| | | **Is the property insured?** |
| | | ☐ No |
| | | ☐ Yes.  Insurance agency _____ |
| | |              Contact name _____ |
| | |              Phone _____ |

**Statistical and administrative information**

| 13. | Debtor's estimation of available funds | *Check one:* |
|---|---|---|
| | | ☐ Funds will be available for distribution to unsecured creditors. |
| | | ☒ After any administrative expenses are paid, no funds will be available to unsecured creditors. |

| 14. | Estimated number of creditors | ☒ 1-49<br>☐ 50-99<br>☐ 100-199<br>☐ 200-999 | ☐ 1,000-5,000<br>☐ 5001-10,000<br>☐ 10,001-25,000 | ☐ 25,001-50,000<br>☐ 50,001-100,000<br>☐ More than 100,000 |
|---|---|---|---|---|
| 15. | Estimated Assets | ☒ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☐ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |
| 16. | Estimated liabilities | ☐ $0 - $50,000<br>☐ $50,001 - $100,000<br>☐ $100,001 - $500,000<br>☐ $500,001 - $1 million | ☒ $1,000,001 - $10 million<br>☐ $10,000,001 - $50 million<br>☐ $50,000,001 - $100 million<br>☐ $100,000,001 - $500 million | ☐ $500,000,001 - $1 billion<br>☐ $1,000,000,001 - $10 billion<br>☐ $10,000,000,001 - $50 billion<br>☐ More than $50 billion |

| Debtor | Traffk, LLC | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  September 15, 2023
MM / DD / YYYY

X *Christopher Cagnazzi*        Christopher Cagnazzi
Signature of authorized representative of debtor        Printed name

Title   Manager

**18. Signature of attorney**

X _____        Date  September 15, 2023
Signature of attorney for debtor        MM / DD / YYYY

David Klauder
Printed name

Bielli & Klauder, LLC
Firm name

1204 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone  (302) 803-4600     Email address  dklauder@bk-legal.com

5769 DE
Bar number and State

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 4

Debtor  Traffk, LLC
Name

Case number (if known) _____

## Request for Relief, Declaration, and Signatures

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   September 15, 2023
MM / DD / YYYY

X _____
Signature of authorized representative of debtor

Christopher Cagnazzi
Printed name

Title   Manager

**18. Signature of attorney**

X _____
Signature of attorney for debtor

Date   September 15, 2023
MM / DD / YYYY

David Klauder
Printed name

Bielli & Klauder, LLC
Firm name

1204 N. King Street
Wilmington, DE 19801
Number, Street, City, State & ZIP Code

Contact phone   (302) 803-4600        Email address   dklauder@bk-legal.com

5769 DE
Bar number and State

Official Form 201        Voluntary Petition for Non-Individuals Filing for Bankruptcy        page 4

# WRITTEN CONSENT
# OF THE BOARD OF MANAGERS OF
# TRAFFK, LLC

The undersigned, being all of the members of the Board of Managers of Traffk, LLC (the "Company"), in accordance with the Company's Operating Agreement (the "Operating Agreement") and pursuant to the Delaware Limited Liability Company Act, hereby adopt the following written consent:

**WHEREAS,** capitalized terms used but not defined herein shall have the meanings ascribed to them in the Operating Agreement; and

**WHEREAS,** the undersigned are the four (4) Managers of the Company's Board of Managers, including the Company's Special Manager and Governing Manager;

**WHEREAS,** the Company is insolvent and unable to pay its debts as they mature;

**WHEREAS,** it would be in the best interests of the Company to file a voluntary petition under Chapter 7 of the Bankruptcy Code;

**WHEREAS,** 75% of the Voting Interest in the Company have approved the filing by the Company of a voluntary petition under Chapter 7 of the Bankruptcy Code; therefore, it is**:**

**RESOLVED,** that the Company file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code; and

**RESOLVED,** the Chris Cagnazzi and the other officers of the Company are hereby authorized and empowered to take all necessary actions, including without limitation, engaging professionals to effectuate the foregoing.

The undersigned direct that this written consent be filed with the minutes of the proceedings of the Company.

**DATED** to be effective on August _, 2023.

_____
David Matlin

_____
Alfred Caiola

_____
Chris Cagnazzi

_____
Brian Kaminskey

# WRITTEN CONSENT
# OF THE BOARD OF MANAGERS OF
# TRAFFK, LLC

The undersigned, being all of the members of the Board of Managers of Traffk, LLC (the "Company"), in accordance with the Company's Operating Agreement (the "Operating Agreement") and pursuant to the Delaware Limited Liability Company Act, hereby adopt the following written consent:

**WHEREAS,** capitalized terms used but not defined herein shall have the meanings ascribed to them in the Operating Agreement; and

**WHEREAS,** the undersigned are the four (4) Managers of the Company's Board of Managers, including the Company's Special Manager and Governing Manager;

**WHEREAS,** the Company is insolvent and unable to pay its debts as they mature;

**WHEREAS,** it would be in the best interests of the Company to file a voluntary petition under Chapter 7 of the Bankruptcy Code;

**WHEREAS,** 75% of the Voting Interest in the Company have approved the filing by the Company of a voluntary petition under Chapter 7 of the Bankruptcy Code; therefore, it is**:**

**RESOLVED,** that the Company file as soon as practicable a bankruptcy in accordance with Chapter 7 of the Bankruptcy Code; and

**RESOLVED,** the Chris Cagnazzi and the other officers of the Company are hereby authorized and empowered to take all necessary actions, including without limitation, engaging professionals to effectuate the foregoing.

The undersigned direct that this written consent be filed with the minutes of the proceedings of the Company.

**DATED** to be effective on August 17, 2023.

_/s/ David Matlin_
David Matlin

_____
Alfred Caiola

_____
Chris Cagnazzi

_____
Brian Kaminskey

# United States Bankruptcy Court
## District of Delaware

In re: Traffk, LLC
Debtor(s)

Case No.
Chapter 7

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for Traffk, LLC in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

☒ None [Check if applicable]

September 15, 2023
Date

David Klauder
Signature of Attorney or Litigant
Counsel for Traffk, LLC
Bielli & Klauder, LLC
1204 N. King Street
Wilmington, DE 19801
(302) 803-4600  Fax:
dklauder@bk-legal.com

Adam Greene
2578 NE 48th Ave.
Portland, OR 97213


Alan Fiocchi
2010 Route 9
Garrison, NY 10524


Alfred Caiola
316 East 63rd Street
New York, NY 10065


Brian Kaminskey
95 Garner Lane
Bay Shore, NY 11706


Catherine Frey
1 Sandpiper Court
Westhampton, NY 11977


Christopher Cagnazzi
17 Court Rumford Lane
Lloyd Harbor, NY 11743


Christopher Logan
1310 NW Naito Pkwy, #801
Portland, OR 97209


David Matlin
520 Madison Avenue, 35th Floor
New York, NY 10022


Delaware Department of Corporations
PO Box 898
Dover, DE 19903


Delaware Division of Revenue
Attn: Bankruptcy Administration
820 N. French Street, 8th Floor
Wilmington, DE 19801


Eric McCarthey
2390 Willow Green Ct.
Roswell, GA 30076


Faith Like Potatoes, LLC
6432 Trancas Canyon Rd.
Malibu, CA 90265


Howard Sweetwood
1405 Clinton St.
Hoboken, NJ 07030

```
Internal Revenue Service
Centralized Insolvency Operation
P. O. Box 7346
Philadelphia, PA 19101


Jason B. Thomas
2173 Harithy Drive
Dunn Loring, VA 22027


Jill Verzaleno
228 Devon Rd.
Essex Fells, NJ 07021


Justin Snapp
1014 Etherton Dr.
Saint Louis, MO 63126


Karan Khanna
1131 Miradero Rd.
Beverly Hills, CA 90210


La Squadra LLC
c/o Alfred Caiola 316 East 63rd Street
New York, NY 10065


Lewis Calabrese Discretionary Trust
U/A/D/ 1/1/1998
2 W. Talcott Road, Ste. 33
Park Ridge, IL 60068


Mark Dingle
164 West 79th St.
New York, NY 10024


Michael Verzaleno, Jr.
270 Boulevard
Mountain Lakes, NJ 07046


Michael Verzaleno, Sr.
187 Eileen Dr.
Cedar Grove, NJ 07009


Middlebrook Associates, LLC
125 Middlebrook Farm Road
Wilton, CT 06897


Paul R. Diemer
2331 Wooded Oak Place
Midlothian, VA 23113


Peter Schoels
1025 Morse Blvd.
Riviera Beach, FL 33404
```

Randall Hansen
7037 N. Delaware Ave.
Portland, OR 97217


Richard J. Diemer, Jr.
P.O. Box 29651
Henrico, VA 23242


Steve Rubin
10725 Charleston Dr.
Vero Beach, FL 32963


The Belandre Generation Trust
c/o Alfred Caiola 316 East 63rd Street
New York, NY 10065


Traffk Acquisition Corporation
P.O. Box 147
Vero Beach, FL 32963


VB Ventures, LLC
P.O. Box 147
Vero Beach, FL 32961


Wickham Glen Holdings, LP
P.O. Box 29651
Henrico, VA 23242

# United States Bankruptcy Court
## District of Delaware

In re  Traffk, LLC

Debtor(s)

Case No.

Chapter  7

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  September 15, 2023

*Christopher Cagnazzi*
Christopher Cagnazzi/Manager
Signer/Title